

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYL OGUNBOR** | **CIVIL ACTION** |
| VERSUS | NO: 05-1474 |
| **MIKE JOHANNS, SECRETARY**<br>**U.S. DEPARTMENT OF AGRICULTURE, ET AL.** | SECTION: "A" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's **Partial Motion to Dismiss (doc. #24)** is **GRANTED.**

New Orleans, Louisiana, this 8th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____